Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000897
20-JAN-2015
03:18 PM

CAAP-12-0000897

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
vs.
CIERRA ANN KAM, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(1DTA-12-00359)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Opinion of the court, filed on November 26, 2014, is hereby corrected as follows:

1.    On page 3, in the fourth line from the bottom of the page, the year "2012" should be changed to "2011" so that as corrected, the text reads: " . . . was entered on October 21, 2011."

2.    On page 9, in the nineteenth line, the word "is" should be changed to "was" so that as corrected, the text reads: ". . . footnote was based on a theory . . . ."

3.    On page 15, in the ninth line, the word "same" that is between "the" and "person" should be deleted, so that as corrected, the text reads: ". . . "is the person with the prior . . . ."

---

[1] Nakamura, Chief Judge, and Fujise and Reifurth, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 20, 2015.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge